IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JASON LARY,<br>     Defendant, | CRIMINAL ACTION NO:<br>1:21-CR-00437-TWT |

**UNITED STATES' AMENDED NOTICE OF**
**TAKING DEPOSITION OF JASON LARY**

TO: Dwight Lowell Thomas
   Office of Dwight L. Thomas
   Suite 407
   2296 Henderson Mill Road
   Atlanta, GA 30345

PLEASE TAKE NOTICE that pursuant to the terms of the Guilty Plea and Plea Agreement entered in this matter and applicable Federal Rules of Civil Procedure, the United States of America will take the deposition upon oral examination of Defendant Jason Lary on May 13, 2022 at 9:30 AM at the Office of the United States of Attorney, 75 Ted Turner Drive, S.W., Suite 600, Atlanta, Georgia 30303. Defendant is directed to appear and produce for inspection and copying the originals or true and correct copies of the documents listed in Attachment A hereto.

1

The deposition will be taken before an officer authorized to administer oaths.  The deposition will continue from day-to-day until adjourned.  It will be taken for the purpose of discovery and any other purpose permitted by law.

Dated: May 2, 2022.

                    Respectfully submitted,

                    KURT R. ERSKINE
                    UNITED STATES ATTORNEY

                    */s/ Vivieon Kelly Jones*
                    Vivieon Kelly Jones
                    ASSISTANT UNITED STATES ATTORNEY
                    Northern District of Georgia
                    Georgia Bar No.: 143033
                    600 United States Courthouse
                    75 Ted Turner Drive, S.W.
                    Atlanta, Georgia 30303
                    404-581-6350
                    vivieon.jones@usdoj.gov

# CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the within and foregoing Notice of Taking Deposition, with the United States District Court Clerk using the CM/ECF system, which will automatically send email notification to the attorney of record and that I have served the notice by depositing a copy of same in the United States mail and addressed as follows:

>Dwight Lowell Thomas
>Office of Dwight L. Thomas
>Suite 407
>2296 Henderson Mill Road
>Atlanta, GA 30345

This the 2nd day of May 2022.

>Respectfully submitted,
>
>KURT R. ERSKINE
>UNITED STATES ATTORNEY
>
>
>/s/ Vivieon Kelly Jones
>Vivieon Kelly Jones
>ASSISTANT UNITED STATES ATTORNEY
>Northern District of Georgia
>Georgia Bar No.: 143033
>600 United States Courthouse
>75 Ted Turner Drive, S.W.
>Atlanta, Georgia 30303
>404-581-6350
>vivieon.jones@usdoj.gov