ND/GA PROB 12C
(Rev. 1/21)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA



**Violation Report and Petition for Summons
for Offender Under Supervision**

Name of Offender: Jason Lary                                          Docket No: 1:21-CR-437-TWT--

Name of Sentencing Judicial Officer: Honorable Thomas W. Thrash
                                      U.S. District Court Judge
Date of Original Sentence: 07/13/2022

Original Offense:  Count One: Wire Fraud, 18 U.S.C. §§ 1343 and 2; Count Two: Conspiracy to Defraud the United States, 18 U.S.C. § 371; and Count Three: Theft of Federal Program Funds, 18 U.S.C. §§ 666(a)(1)(A) and 2

Original Sentence:  On July 13, 2022, Mr. Lary was sentenced by the Honorable Thomas W. Thrash, United States District Judge, Northern District of Georgia, Atlanta Division, to 57 months custody of the United States Bureau of Prisons, three years of supervised release, $119,607.69 in restitution, and a $300.00 special assessment fee. Special conditions: You must 1) make full and complete disclosure of your finances and submit to an audit of your financial documents at the request of your probation officer. You must provide the probation officer with full and complete access to any requested financial information and authorize the release of any financial information. The probation office may share the financial information with the United States Attorney's Office; 2) not incur new credit charges, or open additional lines of credit without the approval of the probation officer; 3) submit your person, property, house, residence, vehicle, papers, computers, other electronic communications or data storage devices or medica, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you violated a condition of your supervision and that areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner; 4) permit confiscation and/or disposal of any material considered to be contraband or any other item which may be deemed to have evidentiary value of violations of supervision; and 5) notify the United States Attorney for this district within 30 days of any change of mailing or residence address that occurs while any portion of the restitution remains unpaid. The restitution must be paid in full immediately.

| | | | |
|---|---|---|---|
| Type of Supervision: | Supervised Release | Date Supervision Commenced: | 02/14/2025 |
| Assistant U.S. Attorney: | TBD | Defense Attorney: | TBD |

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The offender has violated the conditions of supervision as follows:

1. **Violation of Mandatory Condition – Commission of Another Federal, State or Local Crime:**

    a. On October 28, 2025, Mr. Lary was Indicted by the DeKalb County Superior Court, for Count One: Unlawful Disclosure of Voter Registration Information (O.C.G.A. §21-2-561); Count Two: False Swearing (O.C.G.A. §16-10-71); Count Three: Making False Statements In Connection With Filing Notice Of Candidate (O.C.G.A. §21-2-565); and Count Four: False Swearing (O.C.G.A. §16-10-71).

On September 14, 2025, this officer met with Mr. Lary at his new residence, which is located at 2988 Woodrow Manor, Stonecrest, Georgia 30038 (DeKalb County, Georgia), to conduct a residence inspection. While talking with Mr. Lary, he reported being disqualified from running for public office, in DeKalb County, Georgia, due to his federal conviction, which is considered a crime of Moral Turpitude. This officer inquired about his qualifications to run for public office, in DeKalb County, Georgia, because from February 14, 2025, to July 29, 2025, he was a resident of Fulton County, Georgia. He reported a change in address to this officer on August 15, 2025, which clearly disqualifies him due to not being a resident of DeKalb County, Georgia, for at least one year. It was also noted, his latest Georgia Driver's License had an issue date of July 29, 2025, with the new address above. This officer made Mr. Lary aware he provided false information to the City of Stonecrest, Georgia, which is considered a violation of law and could result in criminal charges at some point in the future. Mr. Lary was verbally reprimanded for the noncompliance; however, Mr. Lary continued attempts at justifying his behavior. Ultimately, Mr. Lary was indicted in the DeKalb County Superior Court.

**PREVIOUS VIOLATION(S) REPORTED TO THE COURT:**

On September 11, 2025, this officer submitted a memorandum to the Court making the Court aware of Mr. Lary's plans to run for public office, in Stonecrest, Georgia, as a candidate for Council Person, along with the requirements to run for candidacy. On September 16, 2025, the probation office received a response from the Court reporting no opinion on the matter.

**PETITIONING THE COURT TO:**
Issue a Summons for Jason Lary directing him to appear before the Court at Atlanta, Georgia, at a date to be determined, to show cause why Probation heretofore entered should not be revoked.

I declare under penalty of perjury that
the foregoing is true and correct.

| _Ei Fi_ 10/30/2025 | _F. White_ 10/30/2025 |
|---|---|
| Eric D. Fields                          Date | Felicia White                          Date |
| United States Probation Officer | Supervisory U.S. Probation Officer |

THE COURT ORDERS:

☒ The issuance of a Summons

☐ No Action

☐ Other

_Thomas W. Thrash_
Honorable Thomas W. Thrash, Jr.
U.S. District Judge

November 5, 2025
Date