IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>JASON LARY | Criminal Action No.<br><br>1:21-CR-437-TWT |

### Government's Motion for Detention

The United States of America, by Theodore S. Hertzberg, United States Attorney, and GARRETT L. BRADFORD, Assistant United States Attorney for the Northern District of Georgia, moves the Court, pursuant to 18 U.S.C. § 3143(a) and Fed. R. Crim. P. 32.1(a)(6), to detain the defendant in the custody of the U.S. Marshal pending a final revocation hearing on violations related to the defendant's supervised release. The Court should detain the defendant unless the defendant establishes by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of any other person or to the community.

Dated: January 16, 2026.

                                                          Respectfully submitted,

                                                          THEODORE S. HERTZBERG
                                                          *United States Attorney*

| | |
|---|---|
| Richard Russell Federal Building<br>75 Ted Turner Drive S.W., Suite 600<br>Atlanta, Georgia 30303-3309<br>Phone: (404) 581-6000 | _____<br>GARRETT L. BRADFORD<br>*Assistant United States Attorney*<br>074374 |

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

January 16, 2026

                                           /s/ GARRETT L. BRADFORD
                                           GARRETT L. BRADFORD
                                           *Assistant United States Attorney*