IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | CRIMINAL ACTION FILE |
| v.   : | NO. 1:21-CR-00437 |
| : | |
| JASON LARY, : | |
|    Defendant. : | |
| _____ : | |

## MOTION TO WITHDRAW REQUEST FOR HEARING TO DETERMINE COMPETENCY TO GO FORWARD WITH REVOCATION HEARING

COMES NOW, the Defendant, Jason Lary, through Counsel, and withdraws his request for a competency determination as to whether Defendant Jason Lary, is competent to assist Counsel and/or understand the pending revocation proceeding and the nature thereof, to wit:

1.

Counsel for Defendant is satisfied with the mental health progress and treatment the Defendant has and is receiving and is confident that Defendant is restored mentally to assist his Counsel and mentally restored to fully understand the nature of the revocation proceeding that is pending.

2.

Counsel for the Defendant has consulted with Defendant, his family, and reviewed mental health reports to arrive at a professional opinion that the defendant meets the legal requirements to go forward with a revocation hearing.

3.

The only mental health issue is whether the Defendant, Jason Lary, was mentally and legally competent at the relevant time of his alleged new subsequent criminal conduct which is the basis for the revocation hearing.

4.

Counsel for the Defendant advised Government's Counsel on February 25, 2026, that the herein motion would likely be filed this week.

**RESPECTFULLY SUBMITTED,** this 26th day of February 2026.

| | |
|---|---|
| D. Lowell Thomas, PC | **/s/Dwight L. Thomas** |
| 2296 Henderson Mill Rd, Suite 304 | Dwight L. Thomas |
| Atlanta, GA 30345 | Attorney at Law |
| Phone: (404) 522-1400 | State Bar No: 704825 |
| Email: dwightl654@gmail.com | |

2

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | **: CRIMINAL ACTION FILE** |
| v. | **: NO. 1:21-CR-00437** |
| | : |
| **JASON LARY,** | : |
|     **Defendant.** | : |
| _____ | : |

**CERTIFICATE OF SERVICE**

I have on this day served a copy of the foregoing **Motion to Withdraw Request for Hearing to Determine Competency,** using the ECF system, which will send notification of such filing to the following:

Honorable Garrett Bradford, Assistant United States Attorney
Northern District of Georgia
United States Attorney Office-ATL
75 Ted Turner Drive, S.W., Room 600
Atlanta, GA 30303

**RESPECTFULLY SUBMITTED,** this 26th day of February 2026.

| | |
|---|---|
| D. Lowell Thomas, PC | **/s/Dwight L. Thomas** |
| 2296 Henderson Mill Rd, Suite 304 | Dwight L. Thomas |
| Atlanta, GA 30345 | Attorney at Law |
| Phone: (404) 522-1400 | State Bar No: 704825 |
| Email: dwightl654@gmail.com | |

3